U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, N.W., Washington, DC 20001
**New Directions Intensive Drug Treatment and Supervision Program**

PDID# **239-087**                                                                 Docket# **CR06-33**

United States of America
v.
**Jackson, Robert**
_Defendant's Name_                _Defendant's Address_                _Defendant's Phone#_

YOU ARE HEREBY RELEASED ON THE CONDITIONS BELOW:
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE.

**FILED**
**MAR 8 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[X] **PERSONAL PROMISE** — PERSONAL RECOGNIZANCE. You are released on your personal recognizance provided that you promise to appear at all scheduled hearings, trials or otherwise as required by the Court.

YOU ARE RELEASED ON THE CONDITIONS INDICATED BELOW AND AGREE TO THE FOLLOWING:

[X] **DRUG TREATMENT** - You are being released under the supervision of the D.C. Pretrial Services Agency to abide by all rules and regulations of New Directions Intensive Drug Treatment and Supervision Program. You are being released on the condition not to use any alcohol or illegal drugs. You may be transported to a residential treatment facility to remain for a minimum of 30 days followed by intensive out-patient (community) treatment. If your assessment indicates no need for residential treatment, you will be placed directly into intensive out-patient (community) treatment. You are to report for drug testing at 500 Indiana Avenue, N.W., Room# C220 as directed by Pretrial Services. You must call (202) 585-7200 either on the day of your test, between 4:00pm or 5:00pm or the following day between 8:30am and 9:30am for your test results. If you test positive, fail to report for testing or treatment, or fail to submit a valid sample; you must report the next business day for a sanction hearing to New Directions, 300 Indiana Ave., NW, Room #1136.

> **SANCTIONS:** The attached agreement, dated **3-8-06** is incorporated herein. Signing this order constitutes acceptance of sanctions for positive or invalid test results or missed appointments: **First Violation:** 1 week extension of residential phase or minimum 2 week placement in residential phase if in out-patient (community) phase imposed by case manager. Subsequent violations: Recommendation for long-term residential treatment, increased supervision or revocation of release. In some circumstances, you may be referred to detoxification, self-help groups, mental health treatment, or a more intensive outpatient or residential drug treatment program instead of or in addition to these sanctions. Failure to appear for a sanction hearing, detoxification, or treatment may result in a bench warrant being issued. Violation of this order may also result in revocation of release pursuant to U.S Code 18-3148.

[X] **Stay within the DC METROPOLITAN AREA.**
[X] **Report as directed by Pretrial Services.**
[X] **Any rearrest on probable cause or any subsequent offense** may result in revoking your present bond and setting it at **1000**.
[X] **OTHER CONDITION** - The following additional condition(s) apply:

Report to New Directions for orientation on 3/10/06 at 8:45 Am. 633 Indiana Ave #920. The deft is to maintain his residence at the above listed address.

NEXT DUE BACK on **4/13/06** in courtroom# **29A** at **9:30 AM** Your Attorney **Rita Bosworth**
if you have any questions about the date, time or location call Pretrial Services at 202-585-7200.
**1646 Gales St 208-7500**
Address                Phone#

**Robert Joe Jackson**
Defendant's Signature ⇒

I UNDERSTAND THE PENALTIES THAT MAY BE IMPOSED FOR WILLFUL FAILURE TO APPEAR FOR VIOLATION OF ANY RELEASE CONDITION AND AGREE TO COMPLY WITH THE CONDITIONS OF MY RELEASE.

Witnessed by _____                Title or Agency **PC PSA**

> IMPORTANT: YOU ARE TO IMMEDIATELY NOTIFY PRETRIAL SERVICES OF ANY CHANGE IN ADDRESS, EMPLOYMENT OR STATUS OF ANY RELEASE CONDITIONS AT 300 INDIANA AVE., NW, ROOM #1136 OR CALL 202-585-7200.

DATE **3/8/06**                SO ORDERED _____
                        Signature of Judicial Officer

☆ U.S. GOVERNMENT PRINTING OFFICE: 2003-498-199/61193

## SANCTION-BASED DRUG TREATMENT CONTRACT

1. **The Program.** Sanction-based drug treatment is a voluntary program designed to help me free myself from my addiction. It offers me drug detoxification and at least 3 months of either outpatient or residential treatment. This treatment includes group counseling and drug education as well as Narcotics Anonymous meetings. If I am attending outpatient treatment, I agree to report for all treatment meetings and report as directed to Pretrial Services for drug testing. If I am participating in residential treatment, I will be drug tested at the program on a regular basis and agree to submit urine samples as required by the program.

2. **The Program is Voluntary.** I do not have to participate in sanction-based drug treatment and I can stop at any time. If I do agree to participate and fail to live up to the requirements, the judge may sanction me, and I agree to accept that sanction.

3. **Drug Testing.** If referred to an outpatient program, I agree to report to 500 Indiana Avenue, Room C220, NW, Washington, DC on Mondays and Thursdays to provide a urine sample to Pretrial Services. I may be directed to provide a sample on other days such as when Monday or Thursday is a holiday. If that happens, I agree to provide the sample when I am told to do so by Pretrial Services. If referred to residential treatment, I agree to provide a urine sample to the program as requested.

4. **Calling for Drug Test Results.** If enrolled in an outpatient program, I agree that I will call the number provided by Pretrial Services and obtain the results of my drug test. I must call for the results between 12pm and 5pm on the day of the test or the following morning between 8:30am and 9:30am.

5. **Drug Test Failures.** If I fail to report, to submit a urine sample, fail to submit a sample, submit an insufficient sample for testing, attempt to give a bogus sample or test positive, I agree to report to the New Directions Program by 10:30am the next business day for a sanctions meeting.

6. **Treatment Failures.** If I fail to report for a scheduled treatment meeting, fail to report for drug detoxification, or leave a program without the consent of the program coordinators, I agree to report to the New Directions Program by 10:30am the next business day for a meeting with program representatives.

7. **Other Failures.** If I fail to live up to the requirements of the program I am in, I understand that the judge may end my participation in sanction-based drug treatment after a hearing during which my lawyer will represent me. I will be informed of the scheduled hearing.

8. **Bench Warrant.** If I fail to appear for a sanction hearing, detoxification or treatment, I understand that the judge may issue a bench warrant for my arrest.

9. **Conditions of Release.** I understand that the judge has made my participating in Sanction-Based Drug Treatment a condition of my release and that if I fail to live up to all the requirements of my participation the judge may revoke my conditional release and set new conditions or order me held in jail to await the next hearing in my case if the judge finds the following: I did not live up to the requirements of Sanction-Based Drug Treatment, there are no combination of conditions of release that will assure that I will not flee or pose danger to the safety of any person or the community, or that it is not likely that I will abide by any condition or combination of conditions of release. I also understand that I can be prosecuted for contempt of court if I violate any of my release conditions.

I have discussed the Sanction-Based Drug Treatment Program with a Pretrial representative and my my attorney and I willingly agree to enter the program.

Date: _____

Defendant's Signature: _____   Defense Counsel's Signature: _____

**DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY**

Robert Jackson
_____
Name

FILED
MAR 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR06-33
_____
Docket number

239-087
_____
PDID number

**NEW DIRECTIONS INTENSIVE DRUG TREATMENT & SUPERVISION PROGRAM CONTRACT**

I agree to enter the New Directions Program as a condition of my pretrial release. I will receive detoxification, early intervention, outpatient, intensive outpatient, short- and long-term residential/inpatient treatment and/or referrals to other agencies, as my substance abuse needs require. As a part of my treatment, I will submit to all random or scheduled drug testing.

On my scheduled drug testing day, I will report to ☐ 500 Indiana Avenue NW, Room # C-220, Drug Testing Compliance Unit (DTCU) or to ☒ 633 Indiana Avenue NW, Room # 981, DTCU Satellite Office, to submit my sample for testing. I must call 220-5530 for my test results between the hours of 12:30 p.m. and 8:30 p.m. on the day of my drug test or before 10:00 a.m. on the morning following my test day. If I fail to appear for a drug test, test positive, fail to submit a sample, submit a liquid-loaded sample, submit a sample insufficient for testing, attempt to submit or submit a bogus sample, or fail to follow any Program requirement, I must contact the New Directions Program by 10:00 a.m. the next business day to receive notification and/or confirmation of the sanction for which I am eligible. I must be prepared to complete a sanction (e.g., attend a sanction group) on the day following my infraction unless I am directed to do otherwise by Program staff. If I fail to report for and complete any sanction, the New Directions Program will request a show cause hearing. At that show cause hearing, I will be represented by my attorney or, if he or she is not available, by an attorney appointed by the Court as a substitute.

In return for the benefits of the treatment, I agree to the following sanctions, if I am found to have violated any drug-testing requirement:

1st Infraction:                         Reorientation
2nd Infraction:                         2 Redirection Groups
3rd and Subsequent Infractions:         Enhanced Treatment or Discharge

In addition to or instead of the above responses, Program staff may refer me to more intensive treatment alternatives whenever clinically appropriate. If I attempt to submit or submit a bogus sample, a show cause hearing will be requested, at which time, the Court has the discretion to discharge me from the Program. In addition to not being promoted to the next phase of treatment for drug testing infractions, I will be sanctioned (administratively) for reporting/attendance violations. Since I cannot benefit from treatment if I am not present, I understand that I will have to make up every late arrival, early departure, or absence from group therapy or any other treatment activity in order to progress through the Program's phases of treatment. I also agree to

1

attend additional group therapy sessions or to complete prescribed treatment activities to make up for my non-attendance. I agree to attend/complete those sessions/activities at a time different from my originally scheduled group session or treatment activity. In some circumstances, Program staff or the Court may require me to attend additional groups, self-help meetings, detoxification, short- or long-term residential/inpatient treatments, or may refer me for other appropriate assessments and treatment.

If I fail to appear for a show cause hearing, a bench warrant will be issued for my arrest. I am also subject to additional penalties for failure to appear for any scheduled court appearance. I also understand that I must comply with all other court-ordered conditions of release while participating in the Program.

If I am in violation of any of my conditions of release, the Court may discharge me from the Program, and I may be held in contempt of court or my conditions of release may be revoked. My conditions of release are a court order, not just a contract. Violations of the law or violations of my conditions of release subject me to penalties under the ~~D.C. Code~~ USC.

I have discussed the New Directions Program and other legal options available to me with a Pretrial Services Agency representative and with my attorney, and I willingly agree to enter the Program.

_Robert Theo Jackson_    3-8-06
**Defendant's Signature**    **Date**

_Rita Bourne_    3-8-06
**Defense Counsel's Signature**    **Date**

_D. L. Morgan_    3-8-06
**Program Representative's Signature**    **Date**

2