IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 06-033 (PLF) |
| ROBERT LEE JACKSON ) | |
| ) | |
| ) | |
| _____ ) | |

**UNOPPOSED MOTION TO RE-SCHEDULE PLEA DATE AND MODIFY
CONDITIONS OF RELEASE**

Robert Jackson, through undersigned counsel, respectfully requests that this Court move up the date of his plea and relieve him of his obligation to partake in residential drug treatment as a condition of his release. Mr. Jackson states in support the following:

1. On March 8, 2005, Mr. Jackson appeared before this Court and indicated his intention to enter into a plea agreement with the United States in the above captioned case. The Court scheduled Mr. Jackson's plea for April 13, 2006, at 9:30 a.m.

2. At that hearing, Pretrial Services informed the Court that Mr. Jackson tested positive for drug use on February 23, 2006. As such, the Court ordered that Mr. Jackson be placed in a 90 day residential drug treatment program at New Directions as a condition of his release.

3. Mr. Jackson has been diligently reporting to his case manager at New Directions but, as of the date of the filing of this motion, there has been no space for him in the program.

4. Given that Mr. Jackson would not be able to complete the program prior to his plea, Mr. Jackson respectfully requests that the Court move his plea to a date that is sooner than April 13, 2006. He further requests that the Court relieve him of his obligation to report to New

Directions in the interim.[1]

5. Undersigned counsel has spoken in detail with counsel for the United States about these issues, and this motion is unopposed.

WHEREFORE Mr. Jackson requests that the Court take his plea at the Court's earliest convenience and modify his conditions of release to relieve him of having to attend New Directions. Both counsel are available on Tuesday, March 21, from 9:00 to 10:00 a.m., and on Thursday, March 23, any time after 10:00 a.m.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

---

[1] Mr. Jackson would like the Court to know that he does want and need help with his drug problem. His motivation for requesting not to attend New Directions is that he wishes to begin serving his sentence as soon as possible so that he can move on with his life, and he does not believe that entering into a program that he will be unable to complete will be beneficial.