IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
|   ) | |
|   v.   ) | |
|   ) | Criminal No.  06-033 (PLF) |
| ROBERT LEE JACKSON   ) | |
|   ) | |
|   ) | |
|   ) | |

**ORDER**

Upon consideration of defendant's unopposed motion to reschedule the date of his plea and modify the conditions of his release, filed on March 16, 2006, it is this ____ day of March, 2006, hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the court will reschedule Mr. Jackson's plea for the ___ of _____, 2006, at _____, and it is further

**ORDERED** that Mr. Jackson's conditions of release shall be modified such that he is no longer required to report to New Directions for drug treatment.

   _____
   Honorable Paul L. Friedman
   United States District Judge