CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 4 2006

UNITED STATES OF AMERICA          )
                                  )          NANCY MAYER WHITTINGTON, CLERK
                                  )               U.S. DISTRICT COURT
          vs.                     )     Criminal No. 06-033 (PLF)
                                  )
                                  )
ROBERT LEE JACKSON                )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the

approval of the Court, the defendant waives his right to trial

by jury.

_Robert Jackson_
Defendant

_Rita Bosworth_
Counsel for defendant

I consent:

_Brian Rogers_
Assistant United States Attorney

Approved:

_Paul L. Friedman_
Judge Paul L. Friedman
United States District Court