UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-033 (PLF) |
| v. | : | **FILED** |
| ROBERT LEE JACKSON, | : | MAR 2 4 2006 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Factual Proffer in Support of a Guilty Plea.

1.   The defendant, Robert Lee Jackson, is charged in Count Three of the Indictment with Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii). The essential elements of this offense are:

   A.   That the defendant possessed five grams or more of cocaine base; and

   B.   That the defendant possessed five grams or more of cocaine base knowingly and intentionally; and

   C.   That when the defendant possessed the five grams or more cocaine base, he had the specific intent to distribute it.

2.   The defendant, Robert Lee Jackson, is charged in Count Five of the Indictment with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1). The essential elements of this offense are:

   A.   That the defendant knowingly possessed a firearm and ammunition; and

B. That the firearm and ammunition had been shipped or transported from one state to another; and

C. That at the time the defendant possessed the handgun and ammunition, the defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

3. The government's evidence would show beyond a reasonable doubt that: On October 29, 2005, at approximately 4:00 p.m., Officers Suter and Leslie, while on routine patrol, observed the defendant walking in the 1900 block of Gales, St., NE, in Washington, DC. The officers were in a marked police car, wearing full uniform, and were patrolling the area due to numerous drug complaints and arrests. As the officers drove further into the block, the defendant moved from the sidewalk and squeezed in between a light pole and a parked tow truck. Officers saw the defendant pause there momentarily, make a dipping motion to his right side, and then proceed toward 19th St., NE. Officer Leslie responded to the area where the defendant had paused and made the dipping motion. There on the ground near the tow truck, Officer Leslie discovered 100 zips of heroin grouped in ten-pack bundles. Officers arrested the defendant upon discovering the heroin.

4. Based on this arrest, officers obtained a warrant to search the defendant's residence at

_____  On November 13, 2005, officers executed the search warrant, and learned from family members that the defendant resided in the basement bedroom. In the basement bedroom of \_\_ \_\_\_, officers discovered 131 plastic bags of heroin and a .380 caliber handgun in a red toolbox located under a couch. On the couch, officers found a box of .45 caliber ammunition. Both the gun and the ammunition were manufactured outside the District of Columbia. Inside the basement freezer, officers found two bags of crack cocaine. Drug paraphernalia was recovered from various locations in the basement bedroom, as well as mail matter addressed to the defendant, a picture of the defendant, and a prisoner property bag bearing the defendant's name were also

recovered from the basement bedroom.

The combined weight of heroin possessed by the defendant on October 29, 2005 and November 13, 2005 was 22.5 grams. The combined weight of cocaine base recovered from the defendant's residence on November 13, 2005 was 49 grams. At the time the defendant possessed the handgun and ammunition in this case, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F12948-89.

                                             Respectfully submitted,

                                             KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
BRIAN P. ROGERS
Special Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530
(202) 616-1478

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Rita Bosworth, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 3-24-06           *Robert Jackson*
                        ROBERT LEE JACKSON
                        Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 3-24-06           *Rita Bosworth*
                        RITA BOSWORTH
                        Attorney for Defendant