IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | |
| ) | Criminal No.  06-033 (PLF) |
| ROBERT LEE JACKSON  ) | |
| ) | |
| ) | |
| _____  ) | |

**DEFENDANT'S MOTION FOR A TRANSFER ORDER TO CTF**

Robert Jackson, through undersigned counsel, respectfully requests that this Court issue an order to transfer him to the Central Treatment Facility (CTF), and he states in support the following:

1. On March 24, 2006, Mr. Jackson pled guilty to violations of 21 U.S.C. § 841(a)(1), Unlawful Possession with Intent to Distribute 5 grams or more of Cocaine Base, and 18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm.

2. Subsequent to entering his plea of guilty, Mr. Jackson was detained by the Marshals and sent to D.C. Jail; however, the Court recommended that Mr. Jackson be transferred to CTF due to his significant health issues, which were discussed with the Court at the bench.

3. The Court indicated that counsel should request an order for a transfer to CTF should Mr. Jackson not be moved forthwith.

4. On March 30, 2006, counsel spoke with Mr. Jackson's girlfriend, who indicated that Mr. Jackson remained at the D.C. Jail.

5. On that same day, counsel attempted to contact someone at the jail who could explain why Mr. Jackson had not yet been transferred to CTF.  After multiple phone calls to different

individuals within the jail, counsel was still not able to pinpoint the reason that Mr. Jackson had not been transferred, but she was told that a Court Order would facilitate the transfer.

6. On April 4, 2006, undersigned counsel met with Mr. Jackson at the courthouse for his Pre-Sentence Investigation interview with the Probation Office. At that meeting, Mr. Jackson informed counsel that he still has not been transferred to CTF.

7. In addition, Mr. Jackson submits that he has not been getting all his medication. He is supposed to get certain medications both in the morning and the evening, and he has failed at least on two occasions to get his evening medication.

8. Due to the severity of Mr. Jackson's medical issues, counsel is concerned about Mr. Jackson's health and believes CTF would be better equipped to house him.

9. Counsel called Assistant United States Attorney Brian Rogers prior to filing this motion to determine whether it was unopposed, but she has not yet heard back from him.

WHEREFORE Mr. Jackson respectfully requests that this Court issue an Order for him to be immediately transferred from the D.C. Jail to CTF.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500