IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 06-033 (PLF) |
| ROBERT LEE JACKSON ) | |

**ORDER**

Upon careful consideration of Mr. Jackson's request, it is this _____ day of April, 2006, hereby

**ORDERED** that the United States Marshal Service and the Department of Corrections are directed to house Robert Lee Jackson at the Central Treatment Facility until further order of this Court.

_____
PAUL L. FRIEDMAN
United States District Judge