IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-033 (PLF) |
| ) | |
| ROBERT LEE JACKSON ) | |

## ORDER

Upon careful consideration of Mr. Jackson's request, it is this 24th day of April, 2006, hereby

**ORDERED** that the United States Marshal Service and the Department of Corrections are directed to house Robert Lee Jackson at the Central Treatment Facility until further order of this Court.

PAUL L. FRIEDMAN
United States District Judge