IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-33 (PLF) |
| v. | ) | |
| | ) | |
| ROBERT LEE JACKSON | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION TO CONTINUE SENTENCING**

Robert Jackson, through undersigned counsel, hereby requests a continuance of his sentencing, and states in support the following:

1. Mr. Jackson pled guilty to two counts: Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine, in violation of 21 U.S.C. § 841(a)(1), and Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by One Year Imprisonment, in violation of 18 U.S.C. § 922(g)(1).

2. Mr. Jackson was initially scheduled to be sentenced before this Court on June 5, 2006.

3. On June 1, 2006, counsel received notice that Mr. Jackson's sentencing was rescheduled for June 13, 2006.

4. Undersigned counsel will be out of town at a training seminar from June 11 through June 24, and she is thus unable to attend the currently scheduled date for Mr. Jackson's sentencing.

5. Due to the importance of having his counsel present during his sentencing, Mr. Jackson respectfully requests that the Court continue his sentencing date.

6. Assistant United States Attorney Brian Rogers consents to this request.

7.  Both counsel are available at any time on June 27.  If that date is not convenient for the Court, both counsel are also available on June 26 at any time and the morning of June 28.

WHEREFORE Mr. Jackson respectfully requests that the Court reschedule his sentencing for June 27, 28, or 26.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500