IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 06-033 (PLF)** |
| ROBERT LEE JACKSON ) | |
| ) | |
| ) | |
| ) | |

**ORDER**

Upon careful consideration of Mr. Jackson's unopposed request to continue sentencing, it is this _____ day of June, 2006, hereby

**ORDERED** that Mr. Jackson's sentencing date shall be rescheduled for June 27, 2006, at _____.

_____
PAUL L. FRIEDMAN
United States District Judge