HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-033-01</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| | : | |
| JACKSON, Robert | : | Disclosure Date: <u>May 2, 2006</u> |

**FILED**

JUN 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                      **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Robert Jackson*  5-4-06        *Rita Bosworth*  5/4/06
**Defendant**          **Date**          **Defense Counsel**         **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 16, 2006</u>, to U.S. Probation Officer <u>Valencia Fletcher</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

May 15, 2006

Valencia Fletcher
United States Probation Officer
United States District Court
3rd and Constitution Avenue, N.W.
Washington, DC 20001

      Re: **United States v. Robert Jackson**
         **Criminal Number 06-33-01**

Dear Ms. Fletcher:

  Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case, dated May 1, 2006.

**Objections and Comments**

  1. Mr. Jackson submits that on page 2, his "Education" should indicate that he received his GED.

  2. Also on page 2, Mr. Jackson denies that he has any aliases. Robert L. Jackson is simply his real name, and he does not know who Adrian Jones is or why it is listed as an alias.

  3. On page 4, paragraph 8, the last sentence should read "On 3/24/2006, **pursuant to the plea agreement**, the Court revoked his bond and remanded him to custody."

  4. On page 5, paragraph 14, the first sentence should read "The defendant's **counsel advised him not** to discuss the details regarding the offense during his presentence interview."

  5. Mr. Jackson concurs with the government's corrections to paragraphs 34 and 36 on page 8; his criminal history score should be 4.

  6. On page 11, paragraph 49, it should be noted that Mr. Jackson is HIV positive.

### Factors That May Warrant Departure

It is submitted that Mr. Jackson qualifies for a sentence that is less than the recommended guideline range pursuant to USSG § 5H1.2 because Mr. Jackson suffers from a myriad of "extraordinary physical impairment[s]." Most significantly, Mr. Jackson is HIV positive. He also has Glaucoma, Hepatitis C, Hypertension, and iabetes. His grave physical condition warrants a significant departure from the advisory guideline sentencing range.

Thank you for your consideration of these matters. Please feel free to call me if there are any details which we need to discuss.

Very truly yours,

Rita Bosworth

Rita Bosworth
Assistant Federal Public Defender

cc: Brian Rogers
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, DC 20001