HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN **2 8** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.:** 06-CR-033-01 |
| | : | |
| **vs.** | : | **SSN:** |
| | : | |
| **JACKSON, Robert** | : | **Disclosure Date:** May 2, 2006 |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the
       attachment herein.

*Brian Rogers*                                    5-9-06

**Prosecuting Attorney**                                          **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the
       attachment.

_____       _____
**Defendant**          **Date**          **Defense Counsel**          **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **May 16, 2006**, to U.S. Probation Officer **Valencia
Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                    **Page 2**

1. Page 3, ¶ 2 should read "on 11/13/2005."

2. Page 3, ¶ 5 should read "The defendant agreed to waive."

3. Page 12, ¶ 60 should read "a criminal history category of III."

4. Minor suggestions also noted on page 4, ¶¶ 9-10.

5. Page 8, ¶ 34 should list only one (1) criminal history point. (See USSG § 4A1.2(a)(3), 4A1.2(b)(2), and 4A1.1(c)).

6. Page 8, ¶ 36 should list the total criminal history score as four (4), not five (5).

Signed by:  _Brian Rogers_
**(Defendant/Defense Attorney/AUSA)**

Date:  5-9-06