```
Notice of Appeal Criminal                                    CO-290
                                                             Rev. 3/88
```

United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 06-CR-00033-PLF |
| ) | |
| ROBERT LEE JACKSON ) | |
| ) | |

**NOTICE OF APPEAL**

| | |
|---|---|
| Name and address of appellant | United States of America |
| Name and address of appellant's attorney | Roy W. McLeese III<br>United States Attorney's Office<br>Room 8104<br>555 4th Street, NW<br>Washington, DC 20530 |

Offense: 18 USC 922(g)(1) and 21 USC 841(a)(1), (b)(1)(B)(iii)

Concise statement of judgment or order, giving date, and any sentence
    By Judgment of June 30, 2006, entered on docket on July 3, 2006, defendant sentenced to sixty (60) months' imprisonment; enrollment in the 500-hour residential drug treatment program; enrollment in a substance abuse treatment program; to be followed by 3 years of supervised release; and an assessment of $200.00.

Name and institution where now confined, if not on bail: N/A

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____        _____
DATE                                    APPELLANT


_____
CJA, NO FEE _____             ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No