# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-3126　　　　　　　　　　　　　September Term, 2006

06cr00033-01

Filed On:

United States of America,
　　　　Appellant

v.

Robert Lee Jackson,
　　　　Appellee

*Remand*

FILED JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JAN 1 2 2007
CLERK

**BEFORE:** Ginsburg, Chief Judge, and Garland and Brown, Circuit Judges

## ORDER

Upon consideration of this court's order to show cause filed October 2, 2006, and the response thereto, which includes an unopposed request to remand the record, it is

**ORDERED** that the request to remand the record to the district court be granted for the limited purpose of allowing the United States of America to file a motion for extension of time to file a notice of appeal pursuant to Fed. R. App. P. 4(b)(4). It is

**FURTHER ORDERED** that this case be held in abeyance pending the district court's action on remand.

The Clerk is directed to send a copy of this order to the district court forthwith. The district court is requested to notify the court promptly upon its determination of the question on remand. The parties are directed to file motions to govern future proceedings within thirty (30) days of the district court's notification.

Per Curiam