UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Crim. No. 06-0033 (PLF)

_____

**UNITED STATES OF AMERICA**,                                        Appellant,

   v.

**ROBERT LEE JACKSON**,                                            Appellee.

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court that Assistant United States Attorney Patricia Stewart, Patricia.Stewart@usdoj.gov has been assigned to represent the United States in this matter and this is notice of her appearance as counsel in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY:
_____/s/_____
PATRICIA STEWART
Assistant United States Attorney
D.C. Bar. No. 358910
555 4th Street, N.W. Room 4247
Washington, D.C. 20350
(202)514-7064
Patricia.Stewart@usdoj.gov

Case 1:06-cr-00033-PLF    Document 25    Filed 04/17/2007    Page 2 of 2