Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA     )
                             )
vs                           )    Criminal No. 06-CR-00033-PLF
                             )
ROBERT LEE JACKSON           )
                             )

## NOTICE OF APPEAL

**FILED**

**AUG 2 3 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant        United States of America

Name and address of appellant's attorney    Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 922(g)(1) and 21 USC 841(a)(1), (b)(1)(B)(iii)

Concise statement of judgment or order, giving date, and any sentence
    By Judgment of June 30, 2006, entered on docket on July 3, 2006, defendant sentenced to sixty (60) months' imprisonment; enrollment in the 500-hour residential drug treatment program; enrollment in a substance abuse treatment program; to be followed by 3 years of supervised release; and an assessment of $200.00.

Name and institution where now confined, if not on bail: N/A

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_August 2, 2006_                    _United States_
DATE                                APPELLANT

                                    _Roy W. McLeese III_
CJA, NO FEE ___N/A___               ATTORNEY FOR APPELLANT
PAID USDC FEE ___Gov't App'l___
PAID USCA FEE ___Gov't App'l___
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

**ORIGINAL**

**RECEIVED**

AUG 2 3 2006 — *found in box for "Circuit executive"*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORIGINAL