UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Crim. No. 06-0033 (PLF)

_____

**UNITED STATES OF AMERICA,**                                                          **Appellant,**

   **v.**

**ROBERT LEE JACKSON,**                                                                **Appellee.**

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notes that it is filing the proposed order attached hereto as Exhibit 1 in the above-captioned case. As grounds for this filing, the government notes the following:

On April 17, 2007, the government filed a Motion for Extension of Time to File a Notice of Appeal under Federal Rule of Appellate Procedure 4(b)(4) and a Notice of undersigned counsel's appearance in this case. Through inadvertence, the government failed to include in its submissions a proposed order as required by Local Criminal Rule 47(c).

By this Notice of Filing the government submitting the proposed order as required by the Local Rule.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                THOMAS J. TOURISH, JR.
                Assistant United States Attorney

BY:       /s/
                PATRICIA STEWART
                Assistant United States Attorney
                D.C. Bar No. 358910
                555 4th Street, N.W. Room 4247
                Washington, D.C. 20530
                (202)514-7064
                Patricia.Stewart@usdoj.gov