UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Crim. No. 06-0033 (PLF)

_____

**UNITED STATES OF AMERICA,**                                                              Appellant,

    v.

**ROBERT LEE JACKSON,**                                                                    Appellee.

### ORDER

UPON CONSIDERATION of the government's Motion for Extension of Time to File a Notice of Appeal Under Federal Rule of Appellate Procedure 4(b)(4), the opposition thereto if any, and the record herein, for the reasons set forth in the government's motion, the Court having found that the government's failure to file timely a notice of appeal in this matter was due to excusable neglect and for good cause shown, it is this _____ day of April 2007

ORDERED, that the government's motion for an extension of time in which to file a notice of appeal in this case is GRANTED and it is

FURTHER ORDERED, that the notice of appeal filed by the government on August 23, 2006 be, and it hereby is, deemed timely filed.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

EXHIBIT 1