# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-3126                                September Term, 2007

06cr00033-01

United States of America,
    Appellant

v.

Robert Lee Jackson,
    Appellee

Filed On:

FILED
JAN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEC 3 1 2007

## ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Mark Butler
Deputy Clerk

A True Copy:
United States Court of Appeals
   the District of Columbia Circuit

By: _____ Deputy Clerk